# U.S. District Court
# United States District Court for the District of Alaska (Anchorage)
# CRIMINAL DOCKET FOR CASE #: 3:21-cr-00068-SLG-DMS-1

Case title: USA v. SEALED                                   Date Filed: 07/22/2021

Assigned to: Sharon L. Gleason
Referred to: Deborah M. Smith

**Defendant (1)**

**Christopher Panagiotou-Scigliano**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(a),(e) SEXUAL EXPLOITATION OF CHILDREN-PRODUCTION OF CHILD PORNOGRAPHY (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                    represented by    **A. James Klugman**
                                              U.S. Attorney's Office (Anch)
                                              222 West 7th Avenue, RM 253 #9
                                              Anchorage, AK 99513
                                              907-271-5071
                                              Fax: 907-271-3224
                                              Email: james.klugman@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2021 | 1 | INDICTMENT COVER SHEET(S) AND SIGNATURES as to Christopher Panagiotou-Scigliano (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet re Defendant Panagiotou-Scigliano) (BJK, COURT STAFF) (Entered: 07/23/2021) |
| 07/22/2021 | 2 | INDICTMENT as to Christopher Panagiotou-Scigliano. (BJK, COURT STAFF) (Entered: 07/23/2021) |
| 07/26/2021 |  | Notice of Arrest of Christopher Panagiotou-Scigliano in Idaho. Defendant arrested 7/26/21 and located at Bonner County Jail in Coeur d'Alene. (BJK, COURT STAFF) (Entered: 07/26/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2021 11:22:00 | | | |
| **PACER Login:** | jdunnegan:6046534:0 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:21-cr-00068-SLG-DMS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**